# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL F., *by and through his parents*, KEVIN F. and KELLY F.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UPPER DARBY SCHOOL DISTRICT,<br><br>*Defendant.* | CIVIL ACTION<br><br>NO. 21-5653 |

## ORDER

**AND NOW**, this 6th day of April 2023, upon consideration of the Parties' Cross-Motions for Judgment on the Administrative Record (ECF 10, 11) and Responses (ECF 12, 13), and after a careful review of the underlying record and Hearing Officer's Final Decision and Order (ECF 5-3), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiffs' Motion is **DENIED**. Judgment is **ENTERED** in favor of Defendant. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.